```
>From: Steven Grover <lawhelp@earthlink.net>
>>>Sent: Sep 8, 2009 4:40 PM
>>>To: Steven Grover <lawhelp@earthlink.net>, "Damon T. Hartley"
>><DTH@FOWLER-WHITE.COM>, dbrill@dbwlaw.com
>>>Cc: "CHARLES G. DE LEO" <CGD@FOWLER-WHITE.COM>, "Jan M. Kuylenstierna"
>><JMK.MIA_PO.FWB_DOM@FOWLER-WHITE.COM>
>>>Subject: Re: Calderon
>>>
>>>Damon:
>>>
>>>I have not heard back from you regarding whether you will be
>>>reconsidering
>>any of your objections to Plaintiffs' Second and Third Requests for
>>Production.  I will be filing the Motion to Compel shortly if I don't
>>hear back from you.  Damon, I can't understand how you could consider
>>so many of the RFPs to be "vague, overbroad, and not reasonably
>>calculated to lead to the discovery of admissible evidence"--your most
>>frequent objection.  These RFPs zero in on the people and things that
>>are at the heart of this litigation.  If that's not the case, then
>>query why these matters are also the focus of so much of your and
>>Plaintiff's liability expert reports, and so much of the questionning
>>in the several depositions in this case:  the hatch cover, the lashing
>>platform, the accident, warning signs, communications with third
>>parties, the stevedoring crew, the containers, safety policies, the
>>witneses, the captain, the second mate and other officers, the ship,
>>safety meetings, all ship's logs on the date in question, Plaintiff's
>>injuries, P & I coverage, drawings, videos and evidence that you
>>intend to intrioduce at trial, among other things.  One
>of
>>the "ironic" aspects of your objections is that you object to
>>producing documents received via subpoenas duces tecum to third
>>parties, and yet you have made a request for the same from Plaintiff,
>>via a "Request for
>Copies".
>>Again, please advise if there is any change of position.  Thanks.
>>>
>>>--Steve Grover
>>>
>>>-----Original Message-----
>>>>From: Steven Grover <lawhelp@earthlink.net>
>>>>Sent: Sep 2, 2009 6:45 PM
>>>>To: "Damon T. Hartley" <DTH@FOWLER-WHITE.COM>, dbrill@dbwlaw.com,
>>lawhelp@earthlink.net
>>>>Cc: "CHARLES G. DE LEO" <CGD@FOWLER-WHITE.COM>, "Jan M. Kuylenstierna"
>><JMK.MIA_PO.FWB_DOM@FOWLER-WHITE.COM>
>>>>Subject: Re: Calderon
>>>>
>>>>Damon, all of them.
>>>>
>>>>--Steve
>>>>
>>>>-----Original Message-----
>>>>>From: "Damon T. Hartley" <DTH@FOWLER-WHITE.COM>
>>>>>Sent: Sep 2, 2009 5:09 PM
>>>>>To: dbrill@dbwlaw.com, Steven Grover <lawhelp@earthlink.net>
>>>>>Cc: "CHARLES G. DE LEO" <CGD@FOWLER-WHITE.COM>, "Jan M. Kuylenstierna"
>><JMK.MIA_PO.FWB_DOM@FOWLER-WHITE.COM>
>>>>>Subject: Re: Calderon
>>>>>
>>>>>Dear Steve and David:
```

```
>>>>>
>>>>>Without waiving any of Defendant's objections to Plaintiff's Second
>>>>>and
>>Third Requests to Produce, please specify exactly which objections you
>>disagree with so that we may consider whether it is necessary to amend
>>our responses.
>>>>>
>>>>>Thanks,
>>>>>
>>>>>Damon T. Hartley
>>>>>FOWLER WHITE BURNETT P.A.
>>>>>Espirito Santo Plaza, 14th Floor
>>>>>1395 Brickell Avenue
>>>>>Miami, Florida 33131-3302
>>>>>Telephone: (305) 789-9200
>>>>>Facsimile: (305) 789-9201
>>>>>
>>>>>
>>>>>>>> Steven Grover <lawhelp@earthlink.net> 9/1/2009 6:57 PM >>>
>>>>>
>>>>>Thanks, and good luck with the remainder of the case.  This e-mail
>>>>>will
>>be perhaps my last activity in this case, and it's about Defendant's
>>responses to Plaintiff's Second and Third Requests for Production (RFPs).
>>David anticipates filing a motion to compel on these unless he learns
>>that you will withdraw your objections to these.  As you know, most of
>>your objections are that the RFPs request documents that are
>>irrelevant and/or are overly burdensome.  A few work product
>>objections are advanced.  As you might expect, Plaintiff disagrees
>>with these objections, and believes that every request is reasonably
>>calculated to lead to the discovery of admissible evidence.  They are
>>all narrowly tailored, in fact, and request documents concerning the
>>ship, its crew, the catwalk/lashing platform, the hatch cover, the
>>accident, safety policies and procedures, surveillance videos, and
>>documents you have obtained from third parties.  In the recent depo of
>>Capt. Niewidok, there was acknowledgment by him of the existence of a number
of safety-related documents, both on the ship and shoreside.
>>Please advise us by 5pm tomorrow if you will be withdrawing any of the
>>objections.   Thank you.
>>>>>
>>>>>--Steve
>>>>>
>>>>>
>>>>>
>>>>>
>>>>>-----Original Message-----
>>>>>From: "Jan M. Kuylenstierna"
>>>>>Sent: Aug 31, 2009 10:53 AM
>>>>>To: dbrill@dbwlaw.com, Steven Grover
>>>>>Cc: "CHARLES G. DE LEO" , "Damon T. Hartley"
>>>>>Subject: Re: Calderon
>>>>>
>>>>>Steve,
>>>>>
>>>>>Confirmed that Dr. Eastlick's depo has been canceled.
>>>>>
>>>>>Sorry to see that you are off of this case.  We will copy both you
>>>>>and
>>David until the order is granted.
>>>>>
```

```
>>>>>Jan
>>>>>
>>>>>
>>>>>>>> Steven Grover <lawhelp@earthlink.net> 8/31/2009 10:40 AM >>>
>>>>>
>>>>>Charlie, Jan & Damon:
>>>>>
>>>>>Please ensure that all future corespondence, pleadings, etc. are
>>>>>also
>>sent to David Brill.  His e-mail is dbrill@dbwlaw.com.
>>>>>A motion to substitute Plaintiff's counsel was filed this morning,
>>>>>as
>you
>>probably have seen.
>>>>>Once that  Motion is granted, you won't, of course, need to send me
>>>>>any
>>correspondence, motions, pleadings, etc.
>>>>>
>>>>>This is to confirm that you have cancelled the depo of Dr Eastlick
>>>>>that
>>was scheduled for tomorrow.
>>>>>
>>>>>Regards,
>>>>>
>>>>>Steve
>>>>>
>>>>>
>>>>>
>>>>>-----Original Message-----
>>>>>From: "Jan M. Kuylenstierna"
>>>>>Sent: Aug 24, 2009 7:59 AM
>>>>>To: lawhelp@earthlink.net
>>>>>Cc: "CHARLES G. DE LEO" , "Damon T. Hartley"
>>>>>Subject: Dr. Sinnreich Depo
>>>>>
>>>>>Steve,
>>>>>
>>>>>Apparently, Dr. Sinnreich had to go into emergency surgery today
>>>>>and
>will
>>not be able to appear for deposition today.  He says that we can
>>reschedule to Wednesday at 2:00 p.m.  Is this okay with your schedule?
>>>>>
>>>>>Thanks.
>>>>>
>>>>>Jan
>>>>>
>>>>>
>>>>>
>>>>>**TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance
>>>>>with requirements imposed by the IRS, we inform you that any tax
>>>>>advice contained in this communication (including attachments) was
>>>>>not intended or written to be used, and cannot be used, for the
>>>>>purpose of (i) avoiding penalties under the Internal Revenue Code
>>>>>or (ii) promoting, marketing or recommending to another party any
>>>>>transaction or matter addressed herein. If you would like such
>>>>>advice, please contact us.***
>>>>>
>>>>>***Attention: The information contained in this E-mail message is
>>>>>attorney privileged and confidential information intended only for
```

```
>>>>>the use of the individual(s) named above. If the reader of this
>>>>>message is not the intended recipient, you are hereby notified that
>>>>>any dissemination, distribution or copy of this communication is
>>>>>strictly prohibited. If you have received this communication in
>>>>>error, please contact the sender by reply E-mail and destroy all
>>>>>copies of the
>original
>>
>>>>>message. Thank you.
>>>>>
>>>>>
>>>>>
>>>>>**TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance
>>>>>with requirements imposed by the IRS, we inform you that any tax
>>>>>advice contained in this communication (including attachments) was
>>>>>not intended or written to be used, and cannot be used, for the
>>>>>purpose of (i) avoiding penalties under the Internal Revenue Code
>>>>>or (ii) promoting, marketing or recommending to another party any
>>>>>transaction or matter addressed herein. If you would like such
>>>>>advice, please contact us.***
>>>>>
>>>>>***Attention: The information contained in this E-mail message is
>>>>>attorney privileged and confidential information intended only for
>>>>>the use of the individual(s) named above. If the reader of this
>>>>>message is not the intended recipient, you are hereby notified that
>>>>>any dissemination, distribution or copy of this communication is
>>>>>strictly prohibited. If you have received this communication in
>>>>>error, please contact the sender by reply E-mail and destroy all
>>>>>copies of the
>original
>>
>>>>>message. Thank you.
>>>>>
>>>>>
>>>>>**TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance
>>>>>with requirements imposed by the IRS, we inform you that any tax
>>>>>advice contained in this communication (including attachments) was
>>>>>not intended or written to be used, and cannot be used, for the
>>>>>purpose of (i) avoiding penalties under the Internal Revenue Code
>>>>>or (ii) promoting, marketing or recommending to another party any
>>>>>transaction or matter addressed herein.  If you would like such
>>>>>advice, please contact us.***
>>>>>
>>>>>***Attention: The information contained in this E-mail message is
>>>>>attorney privileged and confidential information intended only for
>>>>>the use of the individual(s) named above. If the reader of  this
>>>>>message is not the intended recipient, you are hereby notified that
>>>>>any dissemination, distribution or copy of this communication is
>>>>>strictly prohibited. If you have received this communication in
>>>>>error, please contact the sender by reply E-mail and  destroy all
>>>>>copies of the
>>original
>>>>>message. Thank you.
```