```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    IN ADMIRALTY

                    CASE NO:  97-4365-CIV-KING

MIGUEL CALDERON,

        Plaintiff,

vs.

REEDEREI CLAUS-PETER OFFEN, GMBH,

        Defendant.
_____/




                    Rennies Ships Agency
                    Durban, South Africa
                    August 9th, 2009  5:20 a.m.




             VIDEOTAPED DEPOSITION OF STEFAN NIEWIDOK


        Taken before Julio Mocega, Shorthand
    Reporter, Notary Public in and for the State of
    Florida at Large, pursuant to Notice of Taking
    Deposition filed in the above case.



              MOCEGA & ASSOC. (305) 374-0181
```

---

**Page 2**

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
STEVEN GROVER, P.A.
One East Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33301
BY: Steven Grover, Esq.


ON BEHALF OF THE DEFENDANT:
FOWLER, WHITE, BURNETT
ESPIRITO SANTO BUILDING
1395 Brickell Avenue
14th Floor
Miami, Florida 33131
BY: Charles De Leo, Esq.


ALSO PRESENT: Steffan Gryling, Videographer
              Mark Thompson, Videographer


        - - - - - -

          I N D E X

        - - - - - -

CAPTAIN NIEWIDOK                        PAGE

By Mr. Grover                              4

MOCEGA & ASSOC. (305) 374-0181

---

**Page 3**

            E X H I B I T S

Plaintiff's Exhibit Nos. 1 thru 49 were all pre-marked

MOCEGA & ASSOC. (305) 374-0181

---

**Page 4**

Thereupon,

                STEFAN NIEWIDOK,

was called as a witness and, having been first
duly sworn, was examined and testified as
follows:

    MR. DE LEO: Steve, I just want to
state for the record that we're here at
the ship's agent's office in Durban.
It's coming up on 5:20 a.m. local time,
Sunday, August 9th. We tried to do
this on the ship, but there were
technical difficulties with the speaker
phone. The ship also came in late,
didn't arrive alongside till about 2:30
in the morning. So, the problem is the
Captain is sailing for the Persian Gulf
around just after noon local time, so
we've decided to do this, even though
everybody hasn't slept, at 5:20 in the
morning local time.

    MR. GROVER: Well, I requested to
have six hours for this deposition and
hopefully it won't take that long. But
let's get started and see how fast we
can go. The fewer objections there

MOCEGA & ASSOC. (305) 374-0181

**21**

1  or recordings of any kind were taken of
2  Mr. Calderon, the longshoreman that we're here
3  about?
4      A.  I don't know.
5      Q.  Do you know whether your company
6  has any policies or procedures having to do
7  with longshoremen?
8          MR. DE LEO:  Object to the form.
9          THE WITNESS:  No.
10 BY MR. GROVER:
11     Q.  Are there any such policies or
12 procedures?
13         MR. DE LEO:  He said no.
14         THE WITNESS:  No.
15 BY MR. GROVER:
16     Q.  I didn't hear his answer.
17         MR. DE LEO:  He said no.
18         THE WITNESS:  No, no.
19 BY MR. GROVER:
20     Q.  Was your answer "I don't know" or
21 was it --
22     A.  No, no.
23     Q.  -- or no you have no such
24 procedures?
25     A.  No.  There are no such procedures

MOCEGA & ASSOC. (305) 374-0181

**22**

1  regarding longshoremen.
2      Q.  Okay, none whatsoever?
3      A.  Repeat, please.
4      Q.  None at all?
5          MR. DE LEO:  Object to the form.
6          THE WITNESS:  No.
7  BY MR. GROVER:
8      Q.  What sort of documentation does
9  the company -- and by "the company" I'm
10 referring to your company -- keep regarding the
11 loading and discharge of cargo in ports?
12     A.  Well, we have QSM manual and the
13 cargo securing manual.
14     Q.  Anything else?
15     A.  At the moment, no, I don't know.
16 I don't remember.
17     Q.  Tell me what's contained in the
18 cargo securing manual?
19     A.  That contains how the containers
20 have to be stowed and how they have to be
21 lashed.
22     Q.  Are there written instructions
23 that describe how they are to be stowed and
24 lashed?
25     A.  There are pictures, drawings.

MOCEGA & ASSOC. (305) 374-0181

**23**

1      Q.  Is it only pictures?
2      A.  Mostly pictures.  It's also
3  written, but only regarding stability, ship's
4  stability and lash forces and so on.
5      Q.  Are there any written statements
6  or policies that your company has ever
7  maintained or kept that describe how to safely
8  secure cargo on the ships?
9          MR. DE LEO:  Object to the form.
10         THE WITNESS:  No.
11 BY MR. GROVER:
12     Q.  Only the QSE manual?
13     A.  Only QSE manual, yes.
14     Q.  Well, I've spent some time looking
15 at the QSE manual also, and in that manual
16 there are references to many other manuals and
17 documents.
18         MR. DE LEO:  Object to form.
19 BY MR. GROVER:
20     Q.  I want to list for you some of
21 them.  One second, please.
22         One of them is called the Quality
23 Management Manual.  One of them is called --
24         MR. DE LEO:  What section of the
25 QSE are you referring to, Steve?

MOCEGA & ASSOC. (305) 374-0181

**24**

1          MR. GROVER:  If you look at the
2  QSE manual --
3          MR. DE LEO:  Can we show it to
4  him?
5          MR. GROVER:  Labeled, Charlie, as
6  Calderon Sup 032.
7          MR. DE LEO:  Captain -- what
8  number did you identify the QSE manual
9  as?
10         MR. GROVER:  It's Exhibit No. 49.
11         MR. DE LEO:  And what page?
12         MR. GROVER:  Thirty-two.
13         MR. DE LEO:  Thirty-two, okay.
14         The numbers, Captain, are on the
15 lower right.
16         MR. GROVER:  Yes.  It says --
17         MR. DE LEO:  Let him find it.
18 Wait.
19 BY MR. GROVER:
20     Q.  -- thirty-two in Exhibit 49 --
21         MR. DE LEO:  He's looking for it.
22         MR. GROVER:  -- reference
23 documents, and it says Quality
24 Management Manual.
25         Do you see that?

MOCEGA & ASSOC. (305) 374-0181

25

1 THE WITNESS: The page 32, the
2 last line, Quality Management Manual.
3 BY MR. GROVER:
4 Q. Does the company maintain a
5 Quality Management Manual?
6 A. But this isn't the QSM manual,
7 it's our quality management -- this is our
8 Bible.
9 Q. Yes. But if you look at this
10 page, it lists right above Quality Management
11 Manual, the QSE manual.
12 In other words, it describes two
13 different manuals here. Am I wrong in thinking
14 that?
15 A. Yes, because we have only one
16 manual. The other one is emergency response
17 manual. This is another story. But we have
18 only this quality and safety. There's
19 everything inside, environmental and everything
20 what belonging to the ship.
21 Q. So there is no such document as a
22 Quality Management Manual?
23 A. No, that is the same. I don't
24 know.
25 Q. But why are there two different

MOCEGA & ASSOC. (305) 374-0181

26

1 names here then?
2 A. I don't know why.
3 Q. You mentioned that there is a
4 document called an Emergency Response Manual.
5 Does that deal with any safety matters?
6 A. No. This is only in case of
7 emergency with numbers, telephone numbers,
8 contacts and so on. It has nothing to do with
9 safety.
10 Q. If you go to document -- if you go
11 to the QSE manual, Page Number 68, it says
12 there the annual reports are made about quality
13 and safety from the DMR, in section 5.1. It
14 says, and I quote, "The designated management
15 representative compiles an annual report for
16 the managing owner. All information dating
17 from the preceding year and deriving from the
18 quality, safety and environmental protection
19 management system function is summarized in
20 this report."
21 And then it details some of the
22 things contained in there. Is that correct
23 that these annuals reports are made?
24 A. Yes, that's correct.
25 Q. Where are those kept?

MOCEGA & ASSOC. (305) 374-0181

27

1 A. They are kept in the office in
2 Hamburg and on board of the ship, of the ships.
3 Q. For how many years are those
4 retained?
5 A. I guess five years, but I'm not
6 sure.
7 Q. Would any of those annual reports
8 discuss the accident that involved my client?
9 A. I don't know.
10 Q. Do those annual reports talk about
11 how to keep workers safe aboard Reederei ships?
12 MR. DE LEO: Object to the form.
13 THE WITNESS: Repeat, please, the
14 question.
15 BY MR. GROVER:
16 Q. Do those annual reports discuss
17 keeping safety for people on board the ship?
18 MR. DE LEO: Object to the form.
19 THE WITNESS: I don't know. No.
20 I don't think so.
21 BY MR. GROVER:
22 Q. Have you ever read any of those
23 annual reports?
24 A. No.
25 Q. Who reads those reports?

MOCEGA & ASSOC. (305) 374-0181

28

1 A. Normally the master which is on
2 board end of the year.
3 Q. You were the master, though,
4 weren't you, and you're a master now?
5 A. Yes, I'm a master, yes. I'm the
6 captain now.
7 Q. Have you read any of these annual
8 reports?
9 A. When I am end of the year on
10 board, I have to write a report, yes.
11 Q. Are you the designated management
12 representative?
13 A. No.
14 Q. I'm talking about annual reports
15 compiled by the DMR. Are you saying that what
16 this means is that the DMR gets an annual
17 report from each ship's captain?
18 A. No, no. There was a
19 misunderstanding. We are -- we have a summary
20 of some occurrences, a summary list of yearly,
21 a list we are sending to the DMR.
22 This is, this report is what the
23 captain is doing. If happens something we make
24 a report and this is going to the DMR.
25 Q. Sometimes your crew members lash

MOCEGA & ASSOC. (305) 374-0181

### Page 33

1 lashing. They tell whether it's okay or not.
2  Q. Does that explain how to go about
3 the process of lashing?
4  A. No.
5  Q. It just tells where the lashing is
6 to go, correct?
7  A. Only where it has to go and maybe
8 we have to set additional lashing or the
9 containers are too heavy and then we have to
10 remove the container. The lash forces showing,
11 but not how to do it.
12  Q. As the master of ships for your
13 company, have you ever received safety
14 circulars?
15  A. Yes.
16  Q. How frequently do you receive
17 those?
18  A. Oh, this is not frequently.
19 Sometimes three monthly, sometimes monthly,
20 it's dependent. If happen something on one
21 company ship, some accident or some incident,
22 then they are sending to the other ships some
23 statements, some -- so --
24  Q. Do you ever get statements from
25 Hamburg from corporate headquarters instructing

MOCEGA & ASSOC. (305) 374-0181

### Page 34

1 you and the rest of the ship on how to do a
2 procedure in a safe manner?
3  A. No, not lashing. We have to -- we
4 receive, I remember one time when ship is
5 loading with ship cranes, the crew is not
6 allowed to go between the containers because
7 one Filipino seaman died one time. But it has
8 nothing to do with lashing. It was an
9 accident. He was damaged by container.
10  Q. Do safety circulars ever discuss
11 rails, the use of rails on the ship?
12  A. Most probably, yes, but I cannot
13 remember now exactly it was, when, when it was
14 the circular letter. But could be, yes.
15  Q. When you look at this document
16 Number 49, which is very thick, it's marked as
17 C-A-L-D, that stands Calderon, SUP, S-U-P,
18 Number 7, is the first page.
19  A. Yes.
20  Q. And then the final page is CALDSUP
21 275. Do you see the first page and the last
22 page?
23  A. Yes.
24  Q. And this is about two inches
25 thick, correct?

MOCEGA & ASSOC. (305) 374-0181

### Page 35

1  A. More or less, yes.
2  Q. Does this appear to be a true,
3 correct and complete copy of the company's QSE
4 manual?
5  MR. DE LEO: From that time?
6  THE WITNESS: I don't know it's
7 complete. I cannot check now. To say
8 yes I have to compare with the actual
9 on -- but most probably, yes.
10 BY MR. GROVER:
11  Q. Well, why don't you take a moment
12 and look at it and tell me whether it looks
13 like it's complete or not.
14  MR. DE LEO: Steve, for the
15 record, the exhibit that you've shown
16 the witness states at the bottom
17 "revision one, September 1, 2004."
18  MR. GROVER: Are you saying
19 December 1st, 2004?
20  MR. DE LEO: No, it says
21 01/09/2004.
22  MR. GROVER: I just want to point
23 out for the sake of clarity that when
24 you look at the next page at the bottom
25 it says 01/09/2000, and then if you

MOCEGA & ASSOC. (305) 374-0181

### Page 36

1 look at the next page at the bottom it
2 says 01/12/2007.
3  MR. DE LEO: Yes, I think you'll
4 find --
5  MR. GROVER: There's a variation
6 from page to page.
7  MR. DE LEO: I think that's when
8 various revisions were made, but
9 whatever. Okay.
10  THE WITNESS: Oh, I think this is
11 complete, yes.
12 BY MR. GROVER:
13  Q. Captain, does this appear to be
14 the current version of the QSE manual?
15  A. No, it's not the current version
16 because we -- last month we received a new
17 version, revision. A few pages are reviewed, I
18 think it was last month, yes. June, July, at
19 that time we received a new version, all ships
20 received.
21  Q. Does this appear to be the version
22 preceding the new version?
23  A. I don't understand what you mean.
24  Q. Does the QSE manual that's sitting
25 in front of you seem to be the version of the

MOCEGA & ASSOC. (305) 374-0181

**Page 37**

1 QSE manual that existed just before this new
2 version came out one month ago?
3     A. Yes, it looks like this is the
4 version before. Maybe a few pages are, because
5 sometimes a few pages are only changed, and
6 then they make a revision for this page only.
7     Q. If you go to the third page of the
8 QSE manual --
9     A. Yes.
10     Q. -- Where it says, CALDSUP 9 in the
11 bottom right-hand corner, it says in the bottom
12 center of that page that this is revision one
13 dated January 12th, 2007.
14     Do you see that?
15     A. Yes. No, that's not January 12th.
16 It is first of December because in Germany we
17 make it different than in the United States.
18 For us it's always first the day and then the
19 month.
20     Q. So that means that this version of
21 the QSE manual in front of you is not the
22 version that was in effect on the date of the
23 accident in 2004 because otherwise you wouldn't
24 have the year 2007 appearing here, correct?
25     A. That's correct.

MOCEGA & ASSOC. (305) 374-0181

**Page 38**

1     Q. Do you have the version of the QSE
2 manual that was in effect in 2004?
3     A. No, I don't have.
4     Q. Who would have that?
5     A. Because when we receive revisions
6 we have to destroy the old one. We don't keep
7 the old papers.
8     Q. On the ship you mean?
9     A. On the ship. Yes. We receive --
10     Q. In Hamburg they might keep the old
11 version, correct?
12     A. This I don't know. Maybe. I
13 don't know.
14     Q. If you go to Page Number 115, in
15 the middle of the page it says,
16 "documentation."
17     Do you see that?
18     A. Yes.
19     Q. And you see where it says
20 "bibliography" above that?
21     A. Yes.
22     Q. Under bibliography it says "CSS
23 code." Do you know what that is?
24     A. At the moment I don't know. I
25 don't remember.

MOCEGA & ASSOC. (305) 374-0181

**Page 39**

1     Q. Is that perhaps an international
2 standard relating to cargo storage?
3     MR. DE LEO: Object to the form.
4     THE WITNESS: I don't know.
5 BY MR. GROVER:
6     Q. Does it refresh your memory?
7     A. I don't know. At the moment I
8 don't know.
9     Q. Let me ask you another question.
10 Do you agree with the statements that appear
11 throughout the QSE manual? Is that something
12 that you agree with all of these various
13 objectives and policies of your company that
14 are stated in the QSE manual?
15     MR. DE LEO: Object to the form.
16     THE WITNESS: Whether I agree?
17 Yes.
18 BY MR. GROVER:
19     Q. You agree with the statements that
20 are made throughout this QSE manual, correct?
21     MR. DE LEO: Object to the form.
22     THE WITNESS: Yes.
23 BY MR. GROVER:
24     Q. Is it your understanding that this
25 QSE manual and its predecessors were designed

MOCEGA & ASSOC. (305) 374-0181

**Page 40**

1 by the company to comply with the ISM code
2 which is, which exist to provide for safety on
3 board ships, correct?
4     MR. DE LEO: Object to the form.
5     THE WITNESS: Yes.
6 BY MR. GROVER:
7     Q. On Page Number 115 that you were
8 just looking at, in the middle of the page it
9 says, "remarks" next to the number 6.3.
10     A. Yes.
11     Q. And this is in a section of the
12 manual that is called, "loading and discharging
13 of container vessels."
14     Do you see that?
15     A. Yes.
16     Q. This revision has existed, if you
17 look at the bottom of the page, since September
18 1, 2000, correct?
19     A. Correct.
20     Q. Do you agree with the statement
21 under Remarks where it says, "Some of the
22 operations already described may be carried out
23 by third parties. Even so, the vessel's
24 officers are still responsible for supervising
25 operations."

MOCEGA & ASSOC. (305) 374-0181

## Page 41

1  Do you agree with that?
2  MR. DE LEO: Object to the form.
3  THE WITNESS: Yes.
4  BY MR. GROVER:
5  Q. Have you seen a book called a
6  Training Manual that is used by your company?
7  A. Yes.
8  Q. Does that go back more than five
9  years or is that something new?
10  A. Oh, I am not sure now when we
11  start with this. I don't know.
12  Q. What is contained in the training
13  manual?
14  Hello?
15  A. At the moment I don't know what is
16  exactly written there.
17  Q. Well, here's what I'm trying to
18  figure out, Captain. I've read the QSE manual
19  and it talks a lot about safety, but it doesn't
20  get into much detail about how to conduct
21  operations in a safe way, in my opinion.
22  I'm not saying you agree with
23  that. It doesn't explain in sentence form, in
24  words, how the various things are to be done on
25  the ship. It only sets forth general

MOCEGA & ASSOC. (305) 374-0181

## Page 42

1  principles.
2  My question is, where is the other
3  information contained that tells crew members
4  how to conduct seagoing and terminal operations
5  safely?
6  MR. DE LEO: Object to the form.
7  THE WITNESS: We have, let's say,
8  safety work on board, some booklets,
9  but these booklets includes normally
10  only seafarers work. It means working
11  with ropes and working aloft and all of
12  these things which is normally
13  seafarers' work.
14  Because the lashing of containers
15  is not the seafarer's work. What we
16  are doing is only checking and
17  retightening the lashing because we are
18  or the ship, we are responsible for the
19  safety of the ship at sea. So we must
20  be sure that the lashings are tight.
21  But --
22  BY MR. GROVER:
23  Q. Let me give you an example. One
24  of the photographs you looked at prior to the
25  deposition was a photograph of the lashing

MOCEGA & ASSOC. (305) 374-0181

## Page 43

1  platform, correct?
2  A. Yes.
3  Q. It's not just longshoremen who go
4  on to the lashing platform. Also crew members
5  go there, correct?
6  A. Correct.
7  Q. So where does the description in
8  writing about how to conduct their activities
9  from that lashing platform?
10  MR. DE LEO: Object to the form.
11  THE WITNESS: There is no
12  description. I don't know. There is
13  -- I have never seen a description
14  where it's written how to set a lashing
15  on a container from this platform.
16  MR. DE LEO: Steve, the
17  videographer needs to change tapes.
18  MR. GROVER: Okay, we'll take a
19  break.
20  MR. DE LEO: Captain, at anytime
21  that you need to take a longer break,
22  you know, we can. If you need to go to
23  the restroom or, you know, whatever.
24  This is not a marathon exercise here,
25  particularly at 6:15 in the morning.

MOCEGA & ASSOC. (305) 374-0181

## Page 44

1  (Thereupon, a short recess was
2  taken to change the videotape.)
3  MR. DE LEO: Okay, the tape is
4  running again, Steve.
5  MR. GROVER: Okay, thank you.
6  BY MR. GROVER:
7  Q. Well, let's talk about the hatch
8  cover. The hatch cover is a very important
9  feature of a container ship, correct?
10  A. Yes.
11  Q. Aren't there written policies and
12  procedures about how to operate the hatch
13  cover?
14  Can you hear me?
15  A. Yes. Just I'm thinking where some
16  written. We have -- to open and close hatch
17  cover and make hatch cover sea tight, we have a
18  manual from this from the factory of the hatch
19  cover. And this is a crew job to close and
20  open, let's say to unlock the hatch covers.
21  Q. You earlier said that crew members
22  often have to work aloft, correct?
23  A. Yes. Sometimes they are working
24  aloft for painting or washing or something.
25  Q. I'm sorry, I couldn't hear you.

MOCEGA & ASSOC. (305) 374-0181

81

Q. Does that "SF" on it stand for the SAN FELIPE?
A. What stand?
Q. It says the letter "S" and the letter "F." If you turn the photograph sideways you will see where it's red, there's two letters, "S" and "F".
A. It looks like it can be -- oh, it's difficult to read.
Q. Well, is this the type of spanner that was used on the ship back in 2004?
A. I would say yes, because we have only this type.
Q. Exhibit No. 23 is called a Container Securing Manual.
A. Yes.
Q. I didn't give you the entire manual. I'm not even sure that I have the entire manual. In fact, I think I don't. But I just gave you the front page that says Container Securing Manual, Container Stowage Plan, Deck GL98.
Is this the Container Securing Manual you were referring to earlier?
A. Yes. This is our Container

MOCEGA & ASSOC. (305) 374-0181

82

Securing Manual which shows us how the container has to be lashed.
Q. And this is the manual that is only comprised of charts and diagrams and doesn't have written, any written information about how to go about securing containers, if you have those charts, diagrams and numbers, correct?
A. That's correct.
Q. If you look at Exhibit No. 24 -- before we go to that, Exhibit 23 appears to be a true and correct copy of the cover of the container securing manual that was in effect back in 2004?
A. I would say yes. Yes.
Q. Exhibit No. 24, is from Lloyd's register of ships. And on the third page towards the bottom do you see the description of the SAN FELIPE?
A. Yes.
Q. Does it say there what year the ship was built?
MR. DE LEO: Object to the form.
THE WITNESS: Let me see when the ship was built. Yes, 1996.

MOCEGA & ASSOC. (305) 374-0181

83

BY MR. GROVER:
Q. The lashing platform, is that something that came with the ship when it was built or is that something that is added on later?
A. No, this came with the ship from shipyard.
MR. DE LEO: Steve, are you there? We are off the record due to technical difficulties with the call and we are going to change tape and wait for Mr. Grover to call back.
(Thereupon, a short recess was taken to change the videotape.)
MR. DE LEO: We're on.
MR. GROVER: Okay, can you hear me?
MR. DE LEO: Yes.
BY MR. GROVER:
Q. Captain, when you were saying that the removable stanchions and lines aren't used on the hatch cover side of the lashing platform when lashing operations are done there, does that signify to you that the ship considered it safe to perform lashings from the lashing

MOCEGA & ASSOC. (305) 374-0181

84

platform without those in place?
MR. DE LEO: Object to the form.
THE WITNESS: No. I -- I don't know, but --
BY MR. GROVER:
Q. Well, is this a case that a fall hazard wasn't considered to be great between the hatch cover and the lashing platform --
MR. DE LEO: Object to the form.
BY MR. GROVER:
Q. -- or otherwise some greater precaution would be taken to prevent falls there?
MR. DE LEO: Same objection.
THE WITNESS: Could you repeat, please, the question, the first part.
MR. GROVER: Julio, could you read that back, please?
(Thereupon, the above-mentioned question was read by the reporter as above recorded.)
THE WITNESS: No, I don't know why they make this. This is the construction of the ship.
BY MR. GROVER:

MOCEGA & ASSOC. (305) 374-0181

**129**

Q. That's the person who watches the entrance to and from the ship, correct?
A. Yes.
Q. And Mr. Arias looks like he was one of the watchmen, correct?
    MR. DE LEO: Object to the form.
BY MR. GROVER:
Q. He is the sixth one listed there, correct?
A. But on the right side that means this is, which crew has temporarily left the vessel, maybe to make a telephone call or something. Because --
Q. So did that mean that Mr. Arias left at 8:35 in the morning and returned at noon?
A. Most probably because his watch was in the afternoon. When he was on the time of this accident on deck, his watch was in the afternoon. So in the morning he had free time and most probably he was on shore, and it's written here.
Q. What does that number mean underneath -- wait a second. There are two numbers there. There's 12:00 and there's

MOCEGA & ASSOC. (305) 374-0181

**130**

another number underneath it, and it looks like the top number pertains to able-bodied seamen Origenes. And the bottom one pertains to Mr. Arias, correct?
A. Yes. I don't know why they say, put two numbers here, but it looks like that is the time when he came back, 9:17, and, and this 12:00 is -- I don't know at the moment why they made this like this.
Q. So it looks to you like Mr. Arias left the ship at 8:35 a.m., and returned at 9:17 a.m.?
A. I think so, yes, because in American ports there are public telephones on the berth and they have this card, it is very cheap to call. So most of the crew that takes the opportunity and calls.
Q. Now, Captain, there's been a lot of time that's gone by since the deposition started. Can you think of any safety manuals at this point that crew members are expected to familiarize themselves with that are kept on the ship?
    MR. DE LEO: Form.
    THE WITNESS: Well, we have safety

MOCEGA & ASSOC. (305) 374-0181

**131**

manuals, but regarding safety work on board which is not including any lashing of containers, because this is a stevedore's job.
BY MR. GROVER:
Q. But sometimes those -- but your seamen walk about the ship and the same sort of rules about safety that pertain to your crew members are a reflection of what safe activities are of visitors on the ship, too, right?
    MR. DE LEO: Object to the form.
    THE WITNESS: What -- repeat, please the question. I -- I didn't understand really what you're saying.
BY MR. GROVER:
Q. The question is, even though you say those safety manuals only pertain to crew members, those safety manuals state what proper safety is for crew members on the ship, right?
    MR. DE LEO: Object to the form.
    THE WITNESS: Yes.
BY MR. GROVER:
Q. What they should do and shouldn't do, correct?

MOCEGA & ASSOC. (305) 374-0181

**132**

    MR. DE LEO: Object to the form.
    THE WITNESS: What they should do? Well, there it's stated, for example, use a helmet, use safety shoes, and when you work with a grinder use goggles. And it's normally safety procedure and be careful when you handle with ropes, and use safety belt when you're working somewhere aloft and this procedure. We have some manuals.
BY MR. GROVER:
Q. And that's for a number of procedures, correct?
A. Yes, for safety work, for seamen safety work on board.
Q. Does it talk about avoiding falls?
A. Avoiding, yes, falls and accidents, yes.
Q. Do you know whether Mr. Arias contacted any officer about Mr. Calderon before Mr. Calderon fell?
    MR. DE LEO: Object to the form.
    THE WITNESS: I don't know.
BY MR. GROVER:
Q. Was there any sign on the ship at

MOCEGA & ASSOC. (305) 374-0181

149

1     It's --
2  BY MR. GROVER:
3     Q. Do you agree with the next page,
4  that's CLDSUP 9, that describes your company?
5     MR. DE LEO: Same objection.
6     THE WITNESS: Yes.
7  BY MR. GROVER:
8     Q. On the next page CLDSUP 10, who is
9  the QSE manager?
10    A. At the moment it is Mr. Schmidt.
11    Q. What is his first name, if you
12 remember? Is it Michael Schmidt?
13    A. Miguel Schmidt, yes. Michael
14 Schmidt, yes.
15    Q. Who is the DMR shoreside?
16    A. He is the DMR.
17    Q. Who is the company -- strike that.
18    Who is the QSE superintendent?
19    A. Who is the superintendent?
20    I think it is Mr. Storz , but I'm
21 not sure.
22    Q. Heivko Stoatz?
23    A. I think so, yes, because I
24 received mostly papers from him regarding
25 safety and security from Mr. Stoatz.

MOCEGA & ASSOC. (305) 374-0181

150

1     Q. Who is the expert for occupational
2  safety?
3     A. Occupational what, please?
4     Q. Occupational safety. In the top
5  right-hand corner of the organizational chart
6  on CLDSUP 10, it says there's an expert for
7  occupational safety.
8     A. Yes, Mr. Stoatz.
9     Q. Do you agree with the statements
10 on CLDSUP 12 and 13?
11    MR. DE LEO: Object to the form.
12    THE WITNESS: What page you mean?
13    MR. DE LEO: He's referring to
14    the --
15 BY MR. GROVER:
16    Q. CLDSUP 12 and 13?
17    MR. DE LEO: He's referring to the
18    numbers on the bottom.
19    THE WITNESS: Yes.
20 BY MR. GROVER:
21    Q. And you agree on Page 13, Number
22 11, "The safety at work and the protection of
23 health of all personnel is one of the prime
24 tasks of all superiors."
25    MR. DE LEO: Object to the form.

MOCEGA & ASSOC. (305) 374-0181

151

1  BY MR. GROVER:
2     Q. How about that in Number nine, "As
3  a matter of course all personnel shall abide by
4  relevant national and international
5  regulations."
6     And Number 11, "The technical
7  condition of our ships and their equipment is
8  not governed by international minimum standards
9  but by the highest standards of Reederei
10 Claus-Peter Offen."
11    Do you agree with those
12 statements?
13    MR. DE LEO: Object to the form.
14    THE WITNESS: Yes. I agree, yes.
15 BY MR. GROVER:
16    Q. So your company is governed by a
17 higher standard than international standards,
18 correct?
19    MR. DE LEO: Object to the form.
20    THE WITNESS: I don't know. I'm
21    only a master here, and I think the
22    company policy is like this, but if
23    they can do it or can follow this
24    policy always, that is not in my,
25    that's in my hands, I don't know.

MOCEGA & ASSOC. (305) 374-0181

152

1  BY MR. GROVER:
2     Q. The last sentence on Page 13 says,
3  "The continuous supervision of our QSE system
4  in the free work of certification by
5  Germanisher Lloyd shall be in evidence to our
6  clients that we revisably establish and follow
7  the regulation for our activities according to
8  international recognized standards."
9     Do you see where it says that on
10 the bottom of Page 13?
11    A. Yes.
12    Q. What is Germanisher Lloyd?
13    A. It's a classification society, and
14 all of these vessels from this company are
15 under Germanisher Lloyd, containers ships,
16 maybe the tankers not, but the containers ships
17 are under Germanisher Lloyd. And Germanisher
18 Lloyd is doing the yearly or half yearly or
19 three monthly inspection, not three monthly,
20 but yearly inspections.
21    External inspections, and internal
22 inspections are done by the superintendent.
23 Three, four monthly, and external inspections
24 by Germanisher Lloyd.
25    Q. Who is the German flag authority?

MOCEGA & ASSOC. (305) 374-0181

### Page 153

1  A. Repeat please.
2  Q. Who is the German flag authority?
3    MR. DE LEO: Object to the form.
4    THE WITNESS: German flag
5  authority? The German government are
6  German flag.
7  BY MR. GROVER:
8  Q. On Page Number 20 of Exhibit 48,
9  excuse me, 49 of the QSE manual, again Page
10 Number 20.
11 A. Yes.
12 Q. Do you agree with section three?
13   MR. DE LEO: Object to the form.
14   THE WITNESS: Yes.
15 BY MR. GROVER:
16 Q. Was there any less of a business
17 objective of quality and safety back in 2004
18 than there is now?
19 A. That I don't know. I have to
20 compare the actual divisions and the other
21 divisions. I don't know.
22   MR. GROVER: Charlie, I'm just
23   having some issues here. If I'm
24   slowing down a little bit it's because
25   some of these pages have the, you have
MOCEGA & ASSOC. (305) 374-0181

### Page 154

1  more recent revision than the accident
2  date and I'm trying to avoid asking
3  questions about those. It looks like
4  this is not the QSE manual that was in
5  effect back in 2004. Parts of it
6  obviously were but parts of it --
7    MR. DE LEO: Well, the Captain
8  testified he didn't draft it, so I
9  don't think this is the right witness
10 to be going through this, but, you
11 know, let's keep going. He's got to
12 get back to his ship. He's got to sail
13 for the Persian Gulf.
14   MR. GROVER: Well, we've got to
15 continue
16   MR. DE LEO: Yes, keep pushing.
17 Yes. It's 9:15 here. We've been at it
18 since --
19   MR. GROVER: I told you that we
20 needed at least five hours and probably
21 six, and I'm not going to be rushed.
22   MR. DE LEO: I'm not trying to
23 rush you.
24   MR. GROVER: I also have a job to
25 do.
MOCEGA & ASSOC. (305) 374-0181

### Page 155

1    MR. DE LEO: Fine, fine, but let's
2  not talk about it. Let's do it. Let's
3  keep pushing.
4    MR. GROVER: I'm trying to explain
5  to you, Charlie, that I'm not trying to
6  have an argument. I'm explaining that
7  I'm trying not to waste time asking
8  questions about a page that says on the
9  bottom of the 2007 by accident and if
10 it's taking me a little more time to
11 avoid that --
12   MR. DE LEO: Fine, fine. I'm not
13 arguing with you, Steve. I have no
14 problem with that. But just please
15 keep going.
16   MR. GROVER: I'm trying to ask a
17 couple of all encompassing questions to
18 try to limit questioning, Charlie,
19 about this document. Okay?
20   MR. DE LEO: Fine.
21   MR. GROVER: That's what I'm
22 trying to do.
23   MR. DE LEO: Okay. Do it.
24 BY MR. GROVER:
25 Q. Captain Niewidok, you reviewed
MOCEGA & ASSOC. (305) 374-0181

### Page 156

1  this QSE manual before this deposition and some
2  during this deposition, correct?
3  A. Yes, not the whole manual, a few
4  pages.
5  Q. But you've had to look at this
6  manual many times over the years, correct?
7  It's something that you often look at, right?
8  A. Yeah, we -- frequently if I want
9  to know, I'm looking in, and also we have every
10 year we have audits, so there are coming
11 questions regarding this.
12 Q. You're very familiar with it,
13 correct?
14   MR. DE LEO: Object to the form.
15   THE WITNESS: More or less, yes.
16 Although --
17 BY MR. GROVER:
18 Q. It's something you've looked at
19 dozens of times over the years, correct?
20   MR. DE LEO: Object to the form.
21 Steve, asked and answered. You're
22 beginning to argue with him, please.
23   MR. GROVER: I'm not arguing --
24 okay, I won't try to save time then.
25   MR. DE LEO: No. Just keep going.
MOCEGA & ASSOC. (305) 374-0181

## Page 157

1  I'm just going to object to the form.
2  Just keep plugging.
3 BY MR. GROVER:
4  Q. Captain, is this QSE manual
5 something that has evolved over time, yes
6 right?
7  MR. DE LEO: Object to the form.
8  THE WITNESS: Yes.
9 BY MR. GROVER:
10  Q. But you've also studied it many
11 times over the years, correct?
12  MR. DE LEO: Same objection.
13  THE WITNESS: Several times I'm
14  looking at it, yes.
15 BY MR. GROVER:
16  Q. And it's your job to be familiar
17 with it because it deals with important safety
18 issues, right?
19  A. Yes.
20  Q. And it is a correct statement of
21 your company's total position as it has evolved
22 over the years regarding safety and performance
23 of duties, correct?
24  MR. DE LEO: Object to the form.
25  THE WITNESS: Yes.

MOCEGA & ASSOC. (305) 374-0181

## Page 158

1 BY MR. GROVER:
2  Q. And if a page of this was in
3 existence as of the date of the accident then
4 it was the policy of your company as of the
5 date of the accident, correct?
6  MR. DE LEO: Object to the form.
7  THE WITNESS: Yes, because this
8  basically was in the beginning. We
9  stat with this manual in 2000, and, and
10  generally it's not big changed, only a
11  few pages they improving.
12 BY MR. GROVER:
13  Q. So there have only been some small
14 changes to it since 2000, correct?
15  A. Some additional things, new
16 regulations we to have follow and those I have
17 to always keep it updated, but generally it was
18 created in 2000 when ISM is coming in --
19  Q. And it correctly shows your
20 company's position about the ISM code and its
21 own positions regarding safety, correct?
22  MR. DE LEO: Object to the form.
23  THE WITNESS: I think, yes,
24  because --
25 BY MR. GROVER:

MOCEGA & ASSOC. (305) 374-0181

## Page 159

1  Q. And on Page 36 --
2  A. 36.
3  Q. -- it says as follows: "RCPO
4 ships are deemed safe to a high technical
5 standard conforming with relevant international
6 national and other regulations and internal
7 requirements of RCPO."
8  That's paragraph 1.2.1.
9  A. Yes.
10  Q. Do you agree with that?
11  A. Yes, that is normally the
12 company's policy.
13  Q. And paragraph 1.2.3 says, "Defects
14 and weak points which have been noticed are
15 being eliminated by corrective action."
16  Do you agree with that?
17  A. Yes, I agree. But if it's always
18 really working, I don't know because the
19 company is in Hamburg, the ship is somewhere,
20 and then modification and then some
21 modification must be approved by Germanisher
22 Lloyd, and sometimes it's not too easy to make
23 some changes on a ship. But we are improving,
24 we are trying our best.
25  Q. And on Page Number 45, the second

MOCEGA & ASSOC. (305) 374-0181

## Page 160

1 paragraph says, "RCPO services are provided on
2 the basis of documented procedures in which all
3 required measures and processes are laid down.
4 If need be, the procedures are supplemented by
5 more detailed information on resources,
6 processes, test methods including acceptance
7 criteria and necessary records.
8  The data in the documented
9 procedures are generally based on checklists,
10 forms, operational and repair instructions and
11 the appropriate software."
12  Then in paragraph 2.2 it says,
13 "RCPO ships maintained at a high technical
14 standard. RCPOs own internal requirements
15 demand a higher standard than those stipulated
16 in the relevant international, national and
17 other regulations."
18  Do you agree with this statement
19 on Page 45 that I read?
20  MR. DE LEO: Object to the form.
21  THE WITNESS: Well, this is the
22  company's policy.
23 BY MR. GROVER:
24  Q. Now, it does say here in part of
25 what I said that service operations are placed

MOCEGA & ASSOC. (305) 374-0181

1  into documents in which measures and processes
2  are laid down, that is, in which they are set
3  forth. And it says that most of it comes in
4  the form of checklists and forms.
5       Do you understand that?
6     A.  Yes.
7     Q.  The question is, besides the, this
8  book that we're looking at, and besides the
9  safety manual, and besides those forms and
10 checklists, is there any other significant
11 manual that your company has that deals with
12 safety?
13      For example, a notebook filled
14 with safety procedures that's separate and
15 apart from a safety manual.
16    A.  We have safety manuals for, for
17 example, for fire fighting. We have for, if in
18 case of something happens, for example, a
19 stranding, grounding and a collision, and we
20 have procedures in this manual, how we have to
21 act. But it's all things which are only
22 regarding the ship and the crew. How we, what
23 we have to do, but mostly at sea. But this is
24 in our crew manual. It's written there.
25    Q.  Along those lines -- well, does

Page 162

1  your company collect all of their safety
2  memoranda that come out in one place?
3     A.  Yeah, we have, on board we have
4  folders, for example, for safety memorandums we
5  put in phone numbers and one, two.
6     Q.  So that's on your ship right now?
7     A.  Yes, we have some on our ship.
8  Yes.
9     Q.  That's separate from the safety
10 manual, correct?
11    A.  Separate, in a separate folder,
12 yes.
13    Q.  And it's filled with safety
14 procedures, correct?
15    A.  Repeat please.
16    Q.  And that notebook is filled with
17 safety procedures, correct?
18        MR. DE LEO: Objection, asked and
19    answered.
20        THE WITNESS: Yes, when we --
21 BY MR. GROVER:
22    Q.  You can just say, yes. You don't
23 have to explain everything.
24        MR. DE LEO: Steve, he's entitled
25    to explain. Let him finish his answer.

Page 163

1        THE WITNESS: No.
2        MR. GROVER: I didn't hear you,
3    Charlie.
4        MR. DE LEO: I said let him finish
5    his answer, please.
6        THE WITNESS: Repeat your
7    question, please.
8  BY MR. GROVER:
9     Q.  Those safety procedures are kept
10 in a notebook that is separate from the safety
11 manual, correct?
12    A.  Yes.
13    Q.  On Page Number 47 it says at the
14 top, "Cargo is professionally stowed and
15 secured. Whilst in transit cargo is constantly
16 checked and controlled by the ship's crew."
17      Do you agree?
18    A.  Yes.
19    Q.  And on Page Number 64, this page
20 says, "Preparation, checking, implementation
21 and maintenance of written procedures."
22      And it says in paragraph 1.3,
23 "Procedures are detailed instructions in our
24 shipping company describing who shall do
25 something, what shall be done, when shall it be

Page 164

1  done, how shall it be done, where shall it be
2  done, with what shall it be done, with whom
3  shall it be done together."
4        Besides this QSE manual, those
5  questions are answered by looking at the safety
6  manual, the notebook filled with safety
7  procedures that you described, and any other
8  place that safety procedures are stored by your
9  company or on your ships, correct?
10    A.  Yes.
11    Q.  Was there a "yes" on that, I
12 didn't hear?
13        THE COURT REPORTER: Yes, he
14    answered yes.
15 BY MR. GROVER:
16    Q.  On Page 65 it says that, "Safety
17 procedures usually will be prepared as a
18 document by use of a PC. PCs are available in
19 the RCPO office, as well as on board on your
20 vessels."
21      Is that correct, that most safety
22 procedures are available on the computers, on
23 the ships and in your offices in Hamburg?
24    A.  Yes.
25        MR. DE LEO: He needs to change

165

1 the tape, and I need to take a break.
2 So we're off the tape.
3 (Thereupon, a short recess was
4 taken to change the videotape.)
5 MR. DE LEO: Back on the record.
6 BY MR. GROVER:
7 Q. Has the scene where Mr. Calderon's
8 accident took place changed in any way from the
9 time since he was injured there?
10 MR. DE LEO: Object to the form.
11 THE WITNESS: What is the
12 question?
13 BY MR. GROVER:
14 Q. That's a question. I realize you
15 haven't been on the ship the whole time since
16 the accident, but from the time the accident
17 took place until you left the SAN FELIPE, was
18 the accident scene, specifically that area of
19 the hatch cover and the lashing platform
20 changed in any physical way or was it kept the
21 same?
22 A. It was kept the same because I --
23 no. It was only a few months later I signed
24 off and I never went back to the ship.
25 Q. In the QSE manual can you please

MOCEGA & ASSOC. (305) 374-0181

166

1 go to Page Number 111; 111?
2 A. Yes, I have it.
3 Q. Do you see at the top right corner
4 where it says "obsolete?"
5 A. Yes.
6 Q. What does that mean? Does that
7 mean that this section of the QSE manual is no
8 longer in effect?
9 A. I don't know. Maybe there's a new
10 revision meanwhile. I don't know why it's
11 written there. In mine it's not written what I
12 have on board.
13 Q. Is this section called Loading and
14 Discharging of Container Vessels still in
15 effect in your version of the QSE manual that
16 you keep on the ship?
17 A. It's still. Maybe a little bit
18 modified, a little bit only, because this is a
19 very old revision here. But it's still in
20 effect for sure.
21 Q. What was the last thing you said?
22 A. It's still in effect for sure.
23 Q. Well, here is what I need you to
24 do, since this is a significant portion of the
25 QSE manual. Can you look at Pages 111 through

MOCEGA & ASSOC. (305) 374-0181

167

1 117 and tell me whether those pages were in
2 effect, to the best of your belief, at the time
3 of the accident.
4 Actually, let me back, change the
5 question and make it a little easier. Hold on.
6 Can you tell me whether Pages 111
7 through 117, again, that's Pages 111 through
8 117, were in effect and were the policies of
9 your company regarding loading and discharging
10 of container vessels in 2004?
11 MR. DE LEO: Object to the form.
12 THE WITNESS: Yes.
13 BY MR. GROVER:
14 Q. Now, can you go to Page 143,
15 please?
16 A. Yes, I have it.
17 Q. In the left-hand corner, top
18 left-hand corner it says "obsolete" here also.
19 Do you see that?
20 A. Yes.
21 Q. I want you to please read Pages
22 143 through 145, there's almost nothing on Page
23 145, and tell me whether the policies and
24 procedures described in these three pages were
25 in effect in 2004?

MOCEGA & ASSOC. (305) 374-0181

168

1 A. I would say, yes.
2 Q. On Page 152 there's a form called
3 An Occurrence Report. Again, that's An
4 Occurrence Report. This is dated December of
5 2006.
6 My question is, is a form like
7 this, something similar to this, did it exist
8 back in 2004?
9 A. Yes. At the moment I don't know
10 when this form came first, this Occurrence
11 Report. I don't know.
12 Q. On Page Number 161, again, that's
13 Page 161, section 6.2 there's a reference there
14 to operation manuals. Is there an operation
15 manual for the ship?
16 A. No, there are several operation
17 manuals.
18 Q. What kind are there?
19 A. For example, for crane operating,
20 for winches operating, for several operating,
21 different machineries. We have operation
22 manuals for the engine.
23 Q. Is there an operation manual for
24 watching the containers during transit?
25 A. I don't know, I don't think so.

MOCEGA & ASSOC. (305) 374-0181

169

1 But I don't know really. I don't know.
2      Q.  Is there any sort of manual
3 concerning watching the containers during
4 transit?
5      A.  Well, -- our QSM manual, but no
6 other manual, no operation manual.
7      Q.  Is there any kind of manual having
8 to do with operations while at port?
9      A.  We have operation manuals
10 regarding security, the ISPS code.
11      Q.  Is there any other operation
12 manual or a manual of any kind having to do
13 with what your company's ships do in port
14 besides the security one you're talking about?
15      A.  The QSM manual at the moment is
16 what I remember.
17      Q.  On Page 176 it says that
18 "Defective products, goods, services, etcetera,
19 have to be detected. This is achieved by RCPO
20 staff carrying out permanent inspection,
21 testing and supervision. All defective errors
22 and defects, whether caused by staff of RCPO or
23 third party are passed on to the responsible
24 person in order to be properly followed up."
25           Was that also the policy of the

MOCEGA & ASSOC. (305) 374-0181

170

1 company back in 2004?
2      A.  I don't know, because this --
3      Q.  Okay.
4      A.  -- revision is newer. I don't
5 know.
6      Q.  Are appraisals done of crew
7 member's performance?
8      A.  If necessary, yes.
9      Q.  And you agree with the statement
10 on Page 122 dating back to 2001, that the
11 working language on the RCPO ships for all crew
12 members is English?
13      A.  Yes.
14      Q.  On Page 247 there's a section that
15 says Claims Prevention, section 5.3.
16           Do you agree with that section?
17           MR. DE LEO:  Object to the form.
18           THE WITNESS:  Yes.
19 BY MR. GROVER:
20      Q.  On Page 262 it says that "The
21 safety committee meets regularly once a month
22 to discuss and review safety procedures and
23 standards."
24           It says that "The safety committee
25 is comprised of the master, the chief officer,

MOCEGA & ASSOC. (305) 374-0181

171

1 the chief engineer, the second engineer, the
2 safety officer, a crew representative and any
3 other personnel that may be required by the
4 committee."
5      A.  Yes, that's correct.
6      Q.  Is that done on your present ship?
7      A.  Yes.
8      Q.  Was that done on the SAN FELIPE
9 while you were the master?
10      A.  Yes, we have done it also, yes.
11      Q.  Monthly, correct?
12      A.  If possible, monthly. We try to
13 keep it monthly.
14      Q.  Do you recall there being any
15 discussion after Mr. Calderon fell that that
16 area where he fell from was a dangerous spot to
17 the ship?
18           MR. DE LEO:  Object to the form.
19           THE WITNESS:  I guess I don't
20      remember that we talked about this. I
21      don't remember.
22 BY MR. GROVER:
23      Q.  If it was discussed in a safety
24 meeting, would a record exist of notes from
25 that safety meeting, if it was discussed?

MOCEGA & ASSOC. (305) 374-0181

172

1      A.  If, yes.
2      Q.  On the date of the accident who
3 was communicating with the stevedores
4 concerning their operations on board the SAN
5 FELIPE?
6      A.  I don't remember, I don't
7 understand communication between whom. Can you
8 repeat, please.
9      Q.  On the date of the accident who
10 from your ship was communicating with the
11 stevedores concerning the stevedores'
12 operations on board the ship?
13           MR. DE LEO:  Object to the form.
14           THE WITNESS:  Most probably chief
15      mate, but I don't know exactly.
16           Normally chief mate, is cargo officer.
17 BY MR. GROVER:
18      Q.  It would be the chief mate who
19 would normally do that, correct?
20      A.  Yes.
21      Q.  Have you ever been part of a
22 situation in which longshoremen, before
23 entering on the ship or right after entering on
24 to the ship, were warned about something
25 dangerous on the ship?

MOCEGA & ASSOC. (305) 374-0181